**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| SAMUEL C. POLLINA, DMD AND NEW DIMENSIONS DENTISTRY & ORTHODONTICS, P.C. | : No. 482 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| v. | : |
| DEBRA DISHONG AND ARTHUR A. KRAVITZ, DMD | : |
| PETITION OF: ARTHUR A. KRAVITZ, DMD | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.